# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.<br>) 1:04-CV-0191 -CC |
| M.D. SCIENCE LAB, L.L.C. | ) **ORIGINAL** |
| Defendant. | ) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Hi-Tech Pharmaceuticals, Inc. hereby **dismisses with prejudice** its claims in this action.

Respectfully Submitted,

Michael J. Powell
Georgia State Bar No. 586275
Attorney for Plaintiff

Baker Donelson Bearman
 Caldwell & Berkowitz, P.C.
Five Concourse Parkway
Suite 900
Atlanta, Georgia 30328
(678) 406-8700



Entered as dismissed pursuant to Rule 41(a)(1)(i)(ii), F.R.C.P.

Luther D. Thomas, Clerk
By: Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> M.D. SCIENCE LAB, L.L.C. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. <br> 1:04-CV-0191 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Dismissal with Prejudice** was furnished as indicated below via U.S. Mail, postage-paid, to the following counsel of record:

Christopher P. Bussert, Esq.
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street
Atlanta, Georgia 30309-4530

this 14th day of April, 2004.

_____
Michael J. Powell
Counsel for Plaintiff

-2-